190 So.2d 912

Frankie Lee CARTER

v.

Robert ADKINS et al.

No. 48385.

Oct. 21, 1966.

In re: Frankie Lee Carter applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 189 So.2d 49.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

■

190 So.2d 912

CITY OF LAKE CHARLES

v.

Charles E. GEORGE.

No. 48387.

Oct. 21, 1966.

In re: City of Lake Charles applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 188 So.2d 664.

Writ refused. There appears no error of law in the judgment complained of.